David J. Thomas, (SBN: 175180)
HANNA, BROPHY, MacLEAN, McALEER & JENSEN, LLP
1770 Iowa Avenue, Suite 240
Riverside, CA  92507
Telephone: (951) 824-2984
Facsimile : (951) 779-9494
E-mail: dthomas@hannabrophy.com

Attorney for Defendant HAROON AMIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                Plaintiff, <br><br> vs. <br><br> HAROON AMIN, <br><br>                Defendant. | No. ED CR 08-242-SGL <br><br> [] <br><br> **ORDER RE CONDITIONS OF RELEASE** |

      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the deadline for

Defendant to meet the bond conditions of December 4, 2008 is continued from January

9, 2009 to January 31, 2009.

DATED: 1/23/09

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

Presented by:

David J . Thomas
_____
David J. Thomas
Attorney for HAROON AMIN

1